UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Madalyn Fischer

      v.                                        Civil No. 11-fp-333

Jeffery Schapira


## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The Exhibit B and Exhibit C of the complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Exhibit B and Exhibit C of the complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Exhibit B and Exhibit C of the complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    **SO ORDERED**.

                                                /s/ Landya B. McCafferty
                                              Landya B. McCafferty
                                              United States Magistrate Judge

Date: July  11,  2011


cc:     Madalyn Fischer, pro se